### T. S. WYATT v. WILLIAM McLANE.

When an heir takes possession of his ancestor's estate, without administration, he is liable, to the extent of the property thus received, for the debts of the decedent.

APPEAL from Bexar.  Tried below before the Hon. George H. Noonan.

There is no occasion for a statement of the facts.

*W. B. Leigh*, for the appellant.

*S. G. Newton*, for the appellee.

WALKER, J.  If T. S. Wyatt, as the heir, took possession of the property of his deceased father, John D. Wyatt, without administration, he is liable for the debt sued on in this case, provided the estate was solvent, and there was enough of the estate left after paying preferred claims and incumbrances, to satisfy the debt.  This was not averred nor proven on the trial.

The judgment of the District Court must therefore be reversed and the cause remanded.

Reversed and remanded.